# ATTENTION ATTORNEYS

**<u>DO NOT E-MAIL THE FOLLOWING DOCUMENT</u>:**
"CONSENT TO PROCEED BEFORE THE UNITED STATES MAGISTRATE JUDGE." This document must be submitted to the Clerk in **<u>paper form</u>.**