IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMIE LEIGH JONES and JOSEPH DAIGLE | § § § | |
| Plaintiffs, | § § § | |
| vs. | § § | CIVIL ACTION NO. 1:07-CV-0295 |
| HALLIBURTON COMPANY d/b/a KBR KELLOGG BROWN & ROOT (KBR); KELLOGG BROWN & ROOT, SERVICES, INC.; KELLOGG BROWN & ROOT INTERNATIONAL, INC.; KELLOGG BROWN & ROOT, LLC; KELLOGG BROWN & ROOT, INC.; KELLOGG BROWN & ROOT, S. de R.L.; KELLOGG BROWN & ROOT (KBR), INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; ERIC ILER, CHARLES BOARTZ; SEVERAL JOHN DOE RAPISTS, and THE UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § § | |
| | § | **JURY TRIAL DEMANDED** |
| Defendants. | § | |

## **ORDER**

The Court, having considered the evidence and the arguments of counsel, finds that Defendants KBR, OAS and Halliburton's Motion to Transfer should be granted.  It is thereby

ORDERED, ADJUDGED AND DECREED that Defendants KBR, OAS and Halliburton's Motion to Transfer is granted, and this action is hereby transferred to the Southern District of Texas, Houston Division.

SIGNED this ___ day of _____ 2007.

2

_____
UNITED STATES DISTRICT COURT JUDGE