# OIL-GAS-NEWS.COM

| LOG IN | HORIZONTAL MENU | FEATURED BUSINESS |
|---|---|---|
| Username | Submit Classifieds Submit News Submit Article Submit Event Submit Link | STRUCTURE MAP Geological Data Services |
| Password | FEATURED CLASSIFIEDS | Structure Map - Geological Data Services |
| ☐ Remember Me | Accountant | Petrophysical Browse All Businesses |
| Log In | | |
| New Account Signup | Consultancy | GOOGLE SERVICES |
| Forgot Your Password? | Browse All Listings | Google |
| SEARCH ANNOUNCEMENTS | ANNOUNCEMENTS | |
| Search | **Houston to play role in growth** | |
| ○ Site ● WWW | **Halliburton plans to add 13,000 jobs, Company offers few details, but** | |
| Search | Expires: 01/01/2012 12:00 AM | |
| MENU | Posted by: anonymous on 03/16/2007 05:15 PM | English to Spanish |
| Home | Updated by: anonymous on 03/16/2007 05:15 PM | Translate this page |
| Site Search | By BRETT CLANTON | |
| 45 Countries Oil News | Copyright 2007 Houston Chronicle | WHATS RELATED |
| About Us | | These might interest you as well |
| Self Publishing News | In yet another surprise move this week, Halliburton Co. said it will add 13,000 jobs in 2007, including an unspecified number in Houston, as it beefs up its business around the globe. | Company Announcement Announcements |
| Self Publishing Article ... | | |
| Technology Demo Center | The world's second-largest oil-field services firm told its U.S. employees the news in a memo just days after shocking workers, politicians and the industry by announcing it will open a new corporate headquarters in Dubai. | Online Oil & Gas... |
| Free Download/Upload | | Shell-BP Merger... |
| Free Consultant - FAQ | The Dubai announcement has fed speculation that the company is on its way out of town and that Houston's role as a global energy hub may be on the decline. But Halliburton's memo appeared to directly challenge both ideas. | Exploration and... |
| View All Positions | | Angostura Gas P... |
| Position Wanted | "It is our expectation that our planned growth for 2007 to 2009 will mean that we will hire more than 13,000 new employees in 2007. This will include growth in our Houston employment numbers," Andy Lane, Halliburton's chief operating officer, said in Tuesday's memo, first obtained by the Associated Press and later confirmed by Halliburton officials. | Yukos' final... |
| Position Listing | | New Oil Discovery... |
| Advertisement | | South Texas Oil... |
| Company Operations News | | Baseline Oil & Gas... |
| Latest Oil & Gas News | | Halliburton says... |
| Finance & Investing News | | Anadarko May Lay... |
| Independent Oil & Gas News | While this is a big jump, it is in line with recent trends in the hot oil-field services sector. | Conoco projects... |
| Oil & Energy News | | |
| Schlumberger News | In 2006, Halliburton hired more than 13,000 employees worldwide, more than half of whom were in the U.S. | Company Announcement |
| Realtime News | | RSS News Feeds |
| Currency Markets | Some of its chief competitors — including Schlumberger, Baker Hughes, Weatherford International and BJ Services — also added thousands to their ranks last year amid a global boom in oil and natural gas exploration. | |
| Answer Desk | | Schlumberger News |
| | | |
| Your Market Research Here | Raising more questions | Company Announcement |
| Site Survey: How many members are there in your household? | But as is often the case with Halliburton, the announcement raised ever more questions. | FAQ |
| | | Five questions ... |
| [image] | Halliburton did not say where the jobs would be added or in which business units. It did not say which types of positions it needed to fill. Nor did it say why it didn't mention the hiring plans with the Dubai announcement, which might have helped dampen fears the company is tip-toeing out of the U.S. | Company Announcement |
| SELECT 1 ANSWER | | Super Simple Classifieds |
| ○ 1 | Halliburton spokeswoman Melissa Norcross said the memo was meant "to further communicate the company's opening of the CEO's office in the United Arab Emirates." | |
| ○ 2 | | • WE SELL CRUDE OIL |
| ○ 3 | But she declined to provide further details and said Lane was not available. | Company Announcement |
| ○ 4+ | | Link Manager |
| CAST YOUR VOTE | Halliburton has about 104,000 employees in more than 100 countries, **including 11,000 in the Houston area. That makes it Houston's eighth-biggest employer, according to the Houston Chronicle's 2006 top employers list.** | |
| | | Company Announcement |
| | But by the end of April, Halliburton expects to finally cut ties with its $10 billion KBR government-contracting and construction unit. That will reduce its size to about 45,000 employees in 70 countries, with about 4,000 in Houston. | Zoom China Energy ... |
| | | Advantages of S... |
| | | Comprehensive S... |

**PLAINTIFF'S EXHIBIT 1** (tabbies)



So the addition of 13,000 new jobs at Halliburton will be significant. It represents more than a 30 percent increase in its employee headcount.

'It makes sense'
At least one analyst was not surprised by the job boost.

"It makes sense," said David Rewcastle with Argus Research in New York. "The whole industry is growing like the space program in the '60s."

In addition to adding employees, U.S. oil-field services companies are also trying to expand their presence in the Middle East.

The region is home to 60 percent of the world's proven oil reserves and is predicted to see more growth than North America in coming years.

Halliburton said Sunday it will move its top office to Dubai and send CEO Dave Lesar there as part of an effort to expand its business in the region.

But the move has drawn criticism from Democrats on Capitol Hill who believe Halliburton is trying to dodge U.S. taxes and increase business with known terrorist nations. Halliburton continues to deny the accusations.

LOGDIGI is the leading well log service company. LOGDIGI provides well log digitizing, well log analysis & well log interpretation services
www.logdigi.com
services@logdigi.com

COMMENTS - MAKE A COMMENT

The comments are owned by the poster. We are not responsible for its content.

Nested   Oldest First   Refresh

Name: Free FTP Tools
Updated: 01/05/2007 09:37 AM

Name: Winning The Oil Endgame: Innovation for Profit, Jobs and Security
Updated: 12/28/2006 04:20 PM

Name: Global Climate Change
Updated: 12/28/2006 04:17 PM

Name: Avoiding Dangerous Climate Change
Updated: 12/28/2006 04:12 PM

Name: GetRight 6.1
Updated: 12/28/2006 03:35 PM

Name: Well Log History
Updated: 05/17/2006 01:50 PM

Name: Gould Speaks at 34th Annual Howard Weil Energy Conference
Updated: 04/06/2006 10:33 AM

PODCASTS

Featured Podcast
2007 Investment Outlook
(1.66MB)

Featured Channel
Information Technology

Other Channels
Information Technology
Browse All Channels

Site Survey: What is your age range?
- 0 - 17
- 18 - 24
- 25 - 34
- 35 - 44
- 45 - 54
- 55 - 64
- 65+

CAST YOUR VOTE

CALENDAR

< June, 2007 >
| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 27 | 28 | 29 | 30 | 31 | 01 | 02 |
| 03 | 04 | 05 | 06 | 07 | 08 | 09 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

VISITORS

Currently 5 anonymous souls are browsing this site.