IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(BEAUMONT DIVISION)

| | |
|---|---|
| JAMIE LEIGH JONES and JOSEPH DAIGLE<br>Plaintiffs,<br><br>vs.<br><br>HALLIBURTON COMPANY d/b/a KBR KELLOGG BROWN & ROOT (KBR); KELLOGG BROWN & ROOT SERVICES, INC.; KELLOGG BROWN & ROOT INTERNATIONAL, INC.; KELLOGG BROWN & ROOT, LLC; KELLOGG BROWN & ROOT, INC.; KELLOGG BROWN & ROOT, S. de R.L.; KELLOGG BROWN & ROOT (KBR), INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; ERIC ILER, CHARLES BOARTZ; SEVERAL JOHN DOE RAPISTS, and THE UNITED STATES OF AMERICA<br>Defendants. | CIVIL ACTION NO. 1:07-cv-295 |

### PLAINTIFFS' FIRST REQUESTS FOR ADMISSION TO HALLIBURTON COMPANY d/b/a KBR KELLOG BROWN & ROOT (KBR)

Plaintiffs Jamie Leigh Jones and Joseph Daigle, serve these Requests for Admission upon Defendant, Halliburton Company d/b/a KBR Kellog Brown & Root (KBR). Pursuant to FED. R. CIV. PRO., Defendant is required to Admit or Deny each and every Request, under oath, within 30 days after service.

#### A. Instructions

For any request that cannot be admitted, state fully the reasons therefore, and admit as much of the Request as is admitted, and state any and all objections and or privileges which you believe relieve you of the responsibility to Admit or Deny, pursuant to FED. R. CIV. PRO.



Dockets.Justia.com

**REQUEST 83:** Admit that Halliburton/KBR employees entered Jamie's room after she reported the rape and prior to the U.S. State Departments' involvement in the investigation.

**RESPONSE:**

**REQUEST 84:** Admit that Halliburton/KBR employees removed evidence from Jamie's room after she reported the rape and prior to the U.S. State Departments' involvement in the investigation.

**RESPONSE:**

**REQUEST 85:** Admit that Halliburton/KBR implemented a "no alcohol" policy after the report of rape by Jamie.

**RESPONSE:**

**REQUEST 86:** Admit that the Halliburton/KBR barracks in which Jamie lived at the time of the incident in question were predominantly male quarters.

**RESPONSE:**

**REQUEST 87:** Admit that Halliburton/KBR did not discipline Charles Boartz, or any of the other males present in Jamie's room on the evening of these events.

**RESPONSE:**

**REQUEST 88:** Admit that Halliburton/KBR has never disciplined a male employee for acts of alleged sexual abuse or rape following complaints of such acts by female employees in Camp Hope.

**RESPONSE:**

Respectfully submitted,

/s/ L. Todd Kelly
L. Todd Kelly
THE KELLY LAW FIRM, P.C.
Texas Bar No. 24035049
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 255-2055
Fax. (713) 523-5939

Paul Waldner
VICKERY, WALDNER & MALLIA, L.L.C.
Texas Bar No. 20679800
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 526-1100
Fax. (713) 523-5939

&

Stephanie M. Morris
ATTORNEY AT LAW
Member of D.C. and P.A. Bars
1660 L. Street, N.W., Suite 506
Washington, D.C. 20036
Tel. (202) 536-3353
Fax. (202) 463-6328

*ATTORNEYS FOR PLAINTIFF, JAMIE JONES AND JOSEPH DAIGLE*



## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record were served with true and correct copies of the attached First Requests for Admission on this 5th day of June, 2007:

Shadow Sloan, Esq.
VINSON & ELKINS, LLP
First City Tower
1001 Fannin Street, Suite 2300
Houston, Texas 77002-6760

/s/ L. Todd Kelly