# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### (BEAUMONT DIVISION)

| | |
|---|---|
| **JAMIE LEIGH JONES and JOSEPH DAIGLE** § § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> **HALLIBURTON COMPANY d/b/a KBR KELLOGG BROWN & ROOT (KBR); KELLOGG BROWN & ROOT SERVICES, INC.; KELLOGG BROWN & ROOT INTERNATIONAL, INC.; KELLOGG BROWN & ROOT, LLC; KELLOGG BROWN & ROOT, INC.; KELLOGG BROWN & ROOT, S. de R.L.; KELLOGG BROWN & ROOT (KBR), INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; ERIC ILER, CHARLES BOARTZ; SEVERAL JOHN DOE RAPISTS, and THE UNITED STATES OF AMERICA** § § § § § § § § § § § § § § § <br> Defendants. § | **CIVIL ACTION NO. 1:07CV0295** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**JURY TRIAL DEMANDED** |

## MOTION TO DEEM ADMISSIONS

NOW COME, Jamie Leigh Jones and Joseph Daigle, and requests that certain Admissions be deemed by KBR Kellogg Brown & Root (KBR), Kellogg Brown & Root Services, for their failure to answer same in a timely manner as required by federal law.

1

On June 5, 2007, Plaintiffs Filed and Served 88 Requests for Admission on KBR, and informed Defendant that responses were due within 30 days of service.

Today, July 9th, 2007, is the 34th day after the Requests for Admission were served on the Defendant – and no Answers have been served on Plaintiff by Defendant.

No order staying discovery has ever been entered, or requested - in this forum.

Because the proceedings in this matter have not been stayed, and because the Defendant has failed to timely answer requests for admission, they have been deemed admitted in accordance with Federal Rule of Civil Procedure 36(a). Plaintiffs therefore respectfully request that this Honorable Court deem the following requested admissions admitted for purposes of this matter in this forum: Requests Numbered 1-7; 9; 11; 13; 15 - 23; 25 – 88.

Respectfully submitted,

 /s/ L. Todd Kelly
L. Todd Kelly
**THE KELLY LAW FIRM, P.C.**
Texas Bar No. 24035049
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 255-2055
Fax. (713) 523-5939

Paul Waldner
**VICKERY, WALDNER & MALLIA, L.L.C.**
Texas Bar No. 20679800

One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 526-1100
Fax. (713) 523-5939

&

Stephanie M. Morris
ATTORNEY AT LAW
Member of D.C. and PA. Bars
1660 L. Street, N.W., Suite 506
Washington, D.C. 20036
Tel. (202) 536-3353
Fax. (202) 463-6328

***ATTORNEYS FOR CLAIMANT***

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record were served with true and correct copies of the attached First Requests for Admission on this 9th day of July, 2007:

*Shadow Sloan, Esq.*
**VINSON & ELKINS, LLP**
*First City Tower*
*1001 Fannin Street, Suite 2300*
*Houston, Texas 77002-6760*

/s/ L. Todd Kelly

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
(BEAUMONT DIVISION)

| | | |
|---|---|---|
| **JAMIE LEIGH JONES and JOSEPH DAIGLE** | § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:07CV0295 |
| **HALLIBURTON COMPANY d/b/a KBR KELLOGG BROWN & ROOT (KBR); KELLOGG BROWN & ROOT SERVICES, INC.; KELLOGG BROWN & ROOT INTERNATIONAL, INC.; KELLOGG BROWN & ROOT, LLC; KELLOGG BROWN & ROOT, INC.; KELLOGG BROWN & ROOT, S. de R.L.; KELLOGG BROWN & ROOT (KBR), INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; ERIC ILER, CHARLES BOARTZ; SEVERAL JOHN DOE RAPISTS, and THE UNITED STATES OF AMERICA** | § § § § § § § § § § § § § § § § | |
| Defendants. | § | **JURY TRIAL DEMANDED** |

### ORDER DEEMING REQUESTS FOR ADMISSION - ADMITTED

THIS DAY CAME THE PARTIES, by Counsel, on *Plaintiff's Motion to Deem Admissions*. This Court, having considered the Motions filed by the parties, the evidence of record, and the arguments of Counsel is of the opinion that the *Plaintiff's Motion to Deem Admissions* is meritorious, and should be granted. It is, therefore,

ORDERED, ADJUDGED and DECREED that *Plaintiff's Motion to Deem Admissions* is, in all things, GRANTED.

IT IS SO ORDERED.

_____

JUDGE