IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMIE LEIGH JONES and JOSEPH DAIGLE | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 1:07-CV-0295 |
| HALLIBURTON COMPANY d/b/a KBR KELLOGG BROWN & ROOT (KBR); KELLOGG BROWN & ROOT, SERVICES, INC.; KELLOGG BROWN & ROOT INTERNATIONAL, INC.; KELLOGG BROWN & ROOT, LLC; KELLOGG BROWN & ROOT, INC.; KELLOGG BROWN & ROOT, S. de R.L.; KELLOGG BROWN & ROOT (KBR), INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; ERIC ILER, CHARLES BOARTZ; SEVERAL JOHN DOE RAPISTS, and THE UNITED STATES OF AMERICA | § § § § § § § § § § § § § § § | |
| Defendants. | § § | **JURY TRIAL DEMANDED** |

## **ORDER**

The Court, having considered the evidence and the arguments of counsel, finds that Plaintiffs' Motion to Deem Admissions should be denied. It is thereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs' motion to deem Halliburton, KBR, and OAS's admissions admitted is denied.