## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## (BEAUMONT DIVISION)

| | | |
|---|---|---|
| **JAMIE LEIGH JONES and JOSEPH DAIGLE** | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 1:07CV0295** |
| | § | |
| **HALLIBURTON COMPANY d/b/a KBR KELLOGG BROWN & ROOT (KBR);  KELLOGG BROWN & ROOT SERVICES, INC.; KELLOGG BROWN & ROOT INTERNATIONAL, INC.; KELLOGG BROWN & ROOT, LLC; KELLOGG BROWN & ROOT, INC.; KELLOGG BROWN & ROOT, S. de R.L.; KELLOGG BROWN & ROOT (KBR), INC.; KBR TECHNICAL SERVICES, INC.; OVERSEAS ADMINISTRATIVE SERVICES, LTD.; ERIC ILER, CHARLES BOARTZ; SEVERAL JOHN DOE RAPISTS, and THE UNITED STATES OF AMERICA** | § § § § § § § § § § § § § § § § § § § | |
| **Defendants.** | § | **JURY TRIAL DEMANDED** |

### PLAINTIFF'S WITHDRAWAL OF THEIR MOTION TO DEEM ADMISSIONS

NOW COME, Jamie Leigh Jones and Joseph Daigle, and request that motion entitled *Plaintiff's Motion to Deem Admissions* (Item #27 on CM/ECF) be withdrawn, as its filing was premature.

Respectfully submitted,

1

/s/ L. Todd Kelly
L. Todd Kelly
**THE KELLY LAW FIRM, P.C.**
Texas Bar No. 24035049
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 255-2055
Fax. (713) 523-5939

Paul Waldner
**VICKERY, WALDNER & MALLIA, L.L.C.**
Texas Bar No. 20679800
One Riverway, Suite 1150
Houston, Texas 77056
Tel. (713) 526-1100
Fax. (713) 523-5939

&

Stephanie M. Morris
ATTORNEY AT LAW
Member of D.C. and PA. Bars
1660 L. Street, N.W., Suite 506
Washington, D.C. 20036
Tel. (202) 536-3353
Fax. (202) 463-6328

***ATTORNEYS FOR CLAIMANT***

## CERTIFICATE OF SERVICE

I hereby certify that the following counsel of record were served with true and correct copies of the attached First Requests for Admission on this 11th day of July, 2007:

*Shadow Sloan, Esq.*
***VINSON & ELKINS, LLP***
*First City Tower*
*1001 Fannin Street, Suite 2300*

*Houston, Texas 77002-6760*

/s/ L. Todd Kelly