

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JAMIE LEIGH JONES and<br>JOSEPH DAIGLE, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 1:07-CV-295-TH<br>JURY |
| HALLIBURTON COMPANY et al., | § § | |
| Defendants. | § | |

# ORDER GRANTING MOTION FOR LEAVE

Before the Court is *Plaintiff's Withdrawal of Their Motion to Deem Admissions* [Clerk's Docket No. 29] filed July 11, 2007. Having considered the request, the Court is of the opinion that it should be granted.

**IT IS THEREFORE ORDERED** that the motion for leave [Clerk's Docket No. 29] is in all things **GRANTED**.

**IT IS FURTHER ORDERED** that leave to withdraw the *Motion to Deem Admissions* [Clerk's Docket No. 27] is **GRANTED**.

**IT IS FURTHER ORDERED** that the clerk is **DIRECTED** to terminate the *Motion to Deem Admissions* [Clerk's Docket No. 27].

**SO ORDERED**.

**SIGNED** this the **12** day of **July, 2007.**

_____
Thad Heartfield
United States District Judge